# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANGELA YLINEN, | Case No. 2:14-cv-10935 |
| Plaintiff, | Hon. Laurie J. Michelson |
| | Magistrate Judge R. Steven Whalen |
| v. | |
| FIFTH THIRD BANK, | |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having reached a confidential settlement and having stipulated to the entry of this Stipulated Order of Dismissal with Prejudice;

IT IS HEREBY ORDERED that the Complaint is hereby dismissed with prejudice and without costs or attorney's fees to either party.

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE

Dated: September 10, 2014


The undersigned hereby stipulate to the entry
of the above order:

| | |
|---|---|
| */s/ Sergei Lemberg (w/ consent)* | */s/ Jane M. Kogan* |
| Sergei Lemberg, Esq. | Homayune A. Ghaussi  (P63028) |
| Lemberg Law L.L.C. | Jane M. Kogan (P73267) |
| 1100 Summer Street | WARNER NORCROSS & JUDD LLP |
| Stamford, CT 06905 | 2000 Town Center, Suite 2700 |
| Telephone: (203) 653-2250 | Southfield, MI 48075 |

Facsimile: (888) 953-6237  
Email: slemberg@lemberglaw.com

Telephone: (248) 784-5139  
Facsimile: (248) 784-5005  
Email: hghaussi@wnj.com

*Attorneys for Plaintiff*               *Attorneys for Defendant*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 10, 2014.

s/Jane Johnson  
Case Manager to  
Honorable Laurie J. Michelson

2